WELLINGTON TOWER ASSOCIATES, L.P., Appellant, v NEW YORK FIRST AVENUE CVS, INC., et al., Respondents.

Submitted June 21, 2004; decided September 7, 2004

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain this motion for leave to appeal from the order of the Appellate Division entered in this proceeding commenced in the Civil Court of the City of New York (NY Const, art VI, § 3 [b] [7]; CPLR 5602 [a]).

STANLEY E. MORRIS et al., Appellants, v GREENBURGH CENTRAL SCHOOL DISTRICT No. 7, Respondent, et al., Defendant.

Submitted July 6, 2004; decided September 9, 2004

Motion for leave to appeal dismissed as untimely (see CPLR 5513 [b]).

ADA RODRIGUEZ, Appellant, v TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK et al., Respondents.

Submitted July 12, 2004; decided September 9, 2004

Motion for reargument denied [see 2 NY3d 792]. Motion for resettlement, clarification and renewal denied. Motion, insofar as it seeks disqualification of Chief Judge Kaye and Judge R.S. Smith dismissed upon the ground that the Court of Appeals has no authority to entertain the motion made on nonstatutory grounds. The application seeking recusal is referred to the Chief Judge and to Judge R.S. Smith for their individual consideration and determination. Chief Judge Kaye and Judge R.S. Smith each respectively denies the referred motion for recusal.